1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CLEVELAND JAMES SMITH, JR.,            No.  2:14-cv-1337 KJN P

12                  Plaintiff,

13          v.                               ORDER

14    MARGARETTE MIMS, et al.,

15                  Defendants.

16

17         Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff did not pay the filing fee or file a request to proceed in forma pauperis.

19    In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

20    violations took place in Fresno County, which is part of the Fresno Division of the United States

21    District Court for the Eastern District of California.  See Local Rule 120(d).

22         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.

25         Good cause appearing, IT IS HEREBY ORDERED that:

26         1.  This action is transferred to the United States District Court for the Eastern District of

27    California sitting in Fresno; and

28    ////

1

1          2. All future filings shall reference the new Fresno case number assigned and shall be

2    filed at:

              United States District Court
3             Eastern District of California
              2500 Tulare Street
4             Fresno, CA 93721

5

6    Dated: June 10, 2014

7

8    /smit1337.22

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2